UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KEIASHA STOKES,

    Plaintiff,

vs.

GISSING SYDNEY, LLC D/B/A
GISSING NORTH AMERICA, *et al.,*

    Defendants.

Case No. 3:23-cv-10

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

### ORDER CONDITIONALLY DISMISSING THIS CASE

_____

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 45 days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

  May 4, 2023                               s/Michael J. Newman
                                                              Hon. Michael J. Newman
                                                               United States District Judge